AO 451 (Rev. 12/12)  Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT

### for the

### District of Colorado

✓ FILED ___ LODGED
___ RECEIVED ___ COPY

MAY 0 5 2026

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

| | |
|---|---|
| Peak API Lending, LLC | ) |
| *Plaintiff* | ) |
| v. | ) |
| Bright Path Laboratories, Inc. | ) |
| *Defendant* | ) |

Civil Action No.  25-mc-00048-CNS

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*     04/16/2026     .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date:     04/29/2026

*CLERK OF COURT*

s/ A. Garcia Garcia

*:ture of Clerk or Deputy Clerk*

I, the undersigned, Clerk of the United States District Court for the District of Colorado, do certify that the foregoing is a true copy of an original document remaining on file and record in my office.
WITNESS my hand and SEAL of said Court this day of *Apr 29, 2026*
JEFFREY P. COLWELL
By  s/ A. Garcia Garcia
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-mc-00048-CNS

PEAK API LENDING, LLC,

Plaintiff,

v.

BRIGHT PATH LABORATORIES, INC.,

Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 4] of United States District Judge Charlotte N. Sweeney entered on July 23, 2025, it is

ORDERED the arbitrator's final award of $333,094.85 is CONFIRMED. It is further

ORDERED that Attorney's fees and costs for the confirmation proceeding in the amount of $4,132.00 are awarded to Plaintiff. It is further

ORDERED that judgment shall enter in favor of Plaintiff in the amount of $333,094.85, plus $4,132.00 in attorney's fees and costs, and against Defendant. It is further

ORDERED that this case is closed.

Dated at Denver, Colorado this 23rd day July 2025.

FOR THE COURT:

Jeffrey P. Colwell, Clerk


By s/ R. Villa
          Deputy Clerk

I, the undersigned, Clerk of the United States District Court for the District of Colorado, do certify that the foregoing is a true copy of an original document remaining on file and record in my office.
WITNESS my hand and SEAL of said Court this 16 day of April, 2026

JEFFREY P. COLWELL
By _____
                    Deputy