**THE MCCALLUM LAW FIRM, P.C.**

FILED ___ LODGED
___ RECEIVED ___ COPY

MAY 0 5 2026

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

April 20, 2026

Beth Stephenson
Attorney Admissions Clerk
United States District Court
District of Arizona
401 W. Washington St., Suite 130, SPC 1
Phoenix, AZ  85003-2118

Re:     Registration of a Foreign Judgements
        Civil Action No. 25-mc-00048-CNS
        Peak API Lending, LLC v Bright Path Laboratories

Dear Ms. Stephenson:

Please find the following in this package:

1. A Civil Cover Sheet, from your website
2. A check for $52,
3. An email from Ms. Andreina Garcia who is the Lead Case Administration Specialist for the United States District Court here in the District of Colorado,
4. The attachment Ms. Garcia sent with her email that is a Form AO 451 that has the official District Court seal on it; and
5. An original certified copy of the Final Judgement.

Please register the following and feel free to reach out with any questions or concerns.

Best regards,

Jennifer M. McCallum, Ph.D.
Patent Attorney



FROM:
Jennifer McCallum, Ph.D., Esq. (303) 828-0655
THE McCALLUM LAW FIRM, PC
685 Briggs Street
ERIE CO 80516
US

SHIP DATE: 29APR26
ACTWGT: 1.00 LB
CAD: 8134488/INET4535

BILL SENDER

TO Beth Stephenson
United States District Court
US District Ct - District of AZ
401 W Washington Street
PHOENIX AZ 85003
(303) 641-3687
INV:
PO:                    REF:

DEPT:

(US)
58KJ4/42C3/484B

FedEx Ground

J261026012001uv

TRK#  8712 3930 9186

9622 0019 0 (000 000 0000) 0 00 8712 3930 9186

RECEIVED — COPY

MAY 0 5 2026

BY
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
85003

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
Warning: IMPORTANT: TRANSMIT YOUR SHIPPING DATA AND PRINT A MANIFEST:
At the end of each shipping day, you should perform the FedEx Ground End of Day Close procedure to transmit your shipping data to FedEx. To do so, click on the Ground End of Day Close Button. If required, print the pickup manifest that appears. A printed manifest is required to be tendered along with your packages if they are being picked up by FedEx Ground. If you are dropping your packages off at a FedEx drop off location, the manifest is not required.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide and applicable tariff, available upon request. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations, including limitations on our liability, can be found in the current FedEx Service Guide and applicable tariff apply. In no event shall FedEx Ground be liable for any special, incidental, or consequential damages, including, without limitation, loss of profit, loss to the intrinsic value of the package, loss of sale, interest income or attorney's fees. Recovery cannot exceed actual documented loss. Items of extraordinary value are subject to separate limitations of liability set forth in the Service Guide and tariff. Written claims must be filed within strict time limits, see current FedEx Service Guide.