UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA

## Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

**Plaintiff**(s):    **Peak API Lending, LLC , ;**

County of Residence: Outside the State of Arizona

County Where Claim For Relief Arose: Outside the State of Arizona

Plaintiff's Atty(s):

**Jennifer M McCallum ,**
The McCallum Law Firm, PC
685 Briggs Street, P.O. Box 929
Erie, CO  80516
3038280655

**Defendant**(s): **Bright Path Laboratories, Inc. , ;**

County of Residence: Maricopa

Defendant's Atty(s):

,

,

---

**IFP REQUESTED**

---

**REMOVAL FROM COUNTY, CASE #**

---

II. Basis of Jurisdiction:                           **4. Diversity (complete item III)**

III. Citizenship of Principal Parties(Diversity Cases Only)

Plaintiff:-                                          **2 Citizen of Another State**

Defendant:-                                         **1 Citizen of This State**

IV. Origin :                                        **1. Original Proceeding**
V. Nature of Suit:                                  **890 Other Statutory Actions**

VI.Cause of Action:                                 **28 U.S.C. § 1963 – Registration of foreign federal judgment for enforcement**

VII. Requested in Complaint

Class Action:                                       **No**

Dollar Demand:                                      **Amount of registered judgment; see attached certified judgment.**

Jury Demand:                                        **No**

VIII. This case **is not related** to another case.

Signature: Jennifer M. McCallum, Ph.D., Esq.

     Date: 4-29-26

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.