Jennifer M. McCallum, Ph.D., Esq.
Colorado Bar No. 33238
Admitted Pro Hac Vice
THE McCALLUM LAW FIRM, P.C.
685 Briggs Street
Erie, Colorado 80516
Telephone: (303) 828-0655
jmccallum@mccallumlaw.net
Attorney for Plaintiff Peak API Lending, LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Peak API Lending, LLC,

Plaintiff,

v.

Bright Path Laboratories, Inc.,

Defendant.

No. 2:26-mc-00008-PHX-[___]

---

**NOTICE OF FILING AMENDED CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT**

Plaintiff Peak API Lending, LLC gives notice of the filing of the Amended Clerk's Certification of a Judgment to be Registered in Another District (Form AO 451), issued by the Clerk of the United States District Court for the District of Colorado on August 24, 2026, a copy of which is attached as Exhibit A.

This action was opened by the registration, under 28 U.S.C. § 1963, of the judgment entered against Defendant Bright Path Laboratories, Inc. in *Peak API Lending, LLC v. Bright Path Laboratories, Inc.*, No. 1:25-mc-00048-CNS (D. Colo.). The Clerk's

Certification filed with that registration on May 5, 2026 [Doc. 1] states, in the space provided for the date of entry of judgment, "04/16/2026." That is the date the certified copy of the judgment was prepared. It is not the date the judgment was entered. The judgment was entered on July 23, 2025, and the certified copy of the Final Judgment filed with the registration [Doc. 1 at 2–3] shows that date on its face.

At Plaintiff's request, the Clerk of the District of Colorado has issued a corrected certification, dated August 24, 2026, stating the date of entry of judgment as July 23, 2025. Plaintiff files the corrected certification so that the record in this action reflects the correct date. Plaintiff does not by this Notice seek any change to the judgment registered here, to the date of its registration, or to any other aspect of the record.

Respectfully submitted this 17th day of September, 2026.

THE McCALLUM LAW FIRM, P.C.

/s/ Jennifer M. McCallum
Jennifer M. McCallum, Ph.D., Esq.
685 Briggs Street
Erie, Colorado 80516
(303) 828-0655
jmccallum@mccallumlaw.net
Attorney for Plaintiff Peak API Lending, LLC

## CERTIFICATE OF SERVICE

I certify that on the 17th day of September, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I served a true and correct copy of the foregoing, together with Exhibit A, by first-class United States mail, postage prepaid, addressed to:

Bright Path Laboratories, Inc.
c/o Anthony Quinones, Statutory Agent
1828 N. Higley Road, Suite 116
Mesa, Arizona 85205

/s/ Jennifer M. McCallum
Jennifer M. McCallum