AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT

for the

District of Colorado

| | | |
|---|---|---|
| Peak API Lending, LLC<br>*Plaintiff*<br>v.<br>Bright Path Laboratories, Inc.<br>*Defendant* | ) | Civil Action No. 25-mc-00048-CNS |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* 7/23/2025 .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: 8/24/2026

*CLERK OF COURT*

s/ A. Garcia Garcia

*Signature of Clerk or Deputy Clerk*

I, the undersigned, Clerk of the United States District Court for the District of Colorado, do certify that the foregoing is a true copy of an original document remaining on file and record in my office.

WITNESS my hand and SEAL of said Court this day of ***Aug 24, 2026***

JEFFREY P. COLWELL

By s/ A. Garcia Garcia

Deputy